Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

### for the

_Southern_ District of _Texas_

_Houston_ Division

United States Courts
Southern District of Texas
FILED

APR 1 4 2026

Nathan Ochsner, Clerk of Court

Bobby Kelly
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Imperial Star Solar et al
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:26-cv-1438
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

Superceder the
First Amended Complaint

Plaintiff Second Amended Complaint

~~COMPLAINT FOR VIOLATION OF CIVIL RIGHTS~~

(Non-Prisoner Complaint)

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Bobby Kelly

Address — 17117 Westheimer #19

Houston               Tx          77042
*City*                      *State*              *Zip Code*

County — Harris

Telephone Number — 832 954 - 4099

E-Mail Address — bobbykelly52 gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name — Imperial Star Solar

Job or Title *(if known)* — Limited Liability Company

Address — 19200 Hamish Rd

Tomball               Tx          77377
*City*                      *State*              *Zip Code*

County — Montgomery

Telephone Number

E-Mail Address *(if known)*

[ ] Individual capacity    [X] Official capacity

Defendant No. 2

Name — Isabella Xu

Job or Title *(if known)* — C.E.O.

Address — 19200 Hamish Rd

Tomball               Tx          77377
*City*                      *State*              *Zip Code*

County — Montgomery

Telephone Number

E-Mail Address *(if known)*

[X] Individual capacity    [X] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name                  Nick Tran
    Job or Title *(if known)*    Executive Vice President
    Address            19200 Hamish Rd
                   Tomball        TX     77377
                    *City*        *State*    *Zip Code*
    County           Montgomery
    Telephone Number
    E-Mail Address *(if known)*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                  Nidia Cortes
    Job or Title *(if known)*    Human Resource Manager
    Address            19200 Hamish Rd
                   Tomball        TX     77377
                    *City*        *State*    *Zip Code*
    County           Montgomery
    Telephone Number
    E-Mail Address *(if known)*

☒ Individual capacity    ☒ Official capacity
See Attachment

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

See Attachment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Imperial Star Salar Tomball, TX

B.    What date and approximate time did the events giving rise to your claim(s) occur?

August 04, 2025 until September 12, 2025

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attachment

Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

7. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

**Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory Damages: $300,000
Punitive Damages: $300,000
Back Pay amount: $70,000
Front Pay amount: $70,000

Defendant #5
Javier Zaldana
Safety Officer
19200 Hamish Road
Montgomery County, Tx
x-Individual capacity    x-official capacity


Argument and Authorities


Plaintiff lawsuit alleges racial discrimination and retaliation for exercising a federal protected right.

1.  Employers have a affirmative legal duty to take prompt action, appropriate corrective action to stop illegal harassment and discrimination upon learning of it, including actions by Supervisors,
Failure to act can make the employer liable under
Title VII of the Civil Rights Act, the ADA, ADEA, and state level.

Negligent Retention/Failure to Act:   If a Supervisor or employer is notified of illegal conduct  (e.g., harassment, safety violations under OSHA and fails to act they may be held liable for damages, particularly if the behavior continues.

2. Retaliation Claims if a Supervisor fails to take action and punishes the employee for reporting the conduct, they are violating anti-retaliation laws enforced by the EEOC and agencies like the Texas Workforce Commission.

Liability:  If a Supervisor's harassment results in a negative employment action  (e.g., termination, demotion) the employer is generally automatically liable.

An employee cannot be legally terminated for reporting an unsafe work environment to OHSA or management, even if the reporting method violated internal company policies.  Federal law, specifically OHSA, protects workers from retaliation for exercising their right to a safe workplace.

Factual Allegations

Plaintiff Kelly can easily provide incriminating evidence against Defendants whom was currently employed at Imperial Star Solar.  I personally pointed out made Defendants aware of safety and  criminal activities ongoing at Imperial Star Solar during his employment there.  Female employees was subjected to sexual harassment and retaliation by Supervisory Official, illegal business transactions, fraudulent employment and hiring practices, Defendant Cortes was exhibiting Nepotism in her role as Human Resources Manager as well as having a known illegal

practice of terminating African American employees and hiring nothing but hispanic employees.  First and Foremost Plaintiff was never given a disciplinary action for working at Imperial Star Solar while working there from August 04, 2025 to September 12, 2025 furthermore after my termination the Defendants tried to slander my name saying i did something illegal there but not once was i accused of any wrongdoing while i was employed there.

I was never given any disciplinary notice just termination.  Plaintiff Kelly asserts that he was exposing to many wrongdoing at Imperial Star Solar and they wanted him gone/terminated On September 12, 2025 I had the whole entire conversation recorded with Defendant Nidia Cortes the day she terminated me which is legal

I'm allowed to record our conversation and during this meeting with me she said some things that was clearly bias and prejudice coming from a Supervisory Official.

Respectfully Submitted:

Billy Kelly
Bobby Kelly
17117 westheimer Rd #19
Houston, TX 77082

Certificate of Service

I hereby certify that on April 14, 2026, a true correct copy of the above and foregoing was served upon all parties via the court filing in person and by certified mail.

Billy Kelly
Bobby Kelly